DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00250-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DONALD E. SAVARD D/B/A

LIL-Q-WICK-E,
§
 APPEAL FROM THE 

APPELLANT



V.
§
 COUNTY COURT AT LAW OF


STATE FARM LLOYDS,

AS SUBROGEE OF JAMES WILLIAMS,

APPELLEE
§
 ANDERSON COUNTY, TEXAS






 MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a Notice of Withdrawal of Notice of Appeal, and all other parties to the
appeal have been given notice of the filing. The notice represents that the parties have reached an
agreement that disposes of all issues presented for appeal and requests that this appeal be dismissed. 
Because Appellant has met the requirements of Tex. R. App. P. 42.1(a)(2), the appeal is dismissed. 
Costs of this appeal are assessed against Appellant.


Opinion delivered October 31, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.







(PUBLISH)